

**KREINDLER** LLP

KREINDLER & KREINDLER LLP  |  485 Lexington Avenue  |  New York, NY 10017-2629
office: 212.687.8181  |  fax: 212.972.9432  |  www.kreindler.com

February 11, 2022

BY ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   02/11/2022

The conference in this matter has been
adjourned to April 29, 2022 at 12:00 pm.

Re: *United States v. James Jones*, 16 Cr. 121 (VSB)

Dear Judge Broderick:

I represent James Jones in connection with specifications charging a violation of the terms of supervised release.  Having conferred with my client and the government (which has, in turn, consulted with the probation department), it is my understanding that Ms. Jones has complied with the conditions of supervision since the last update to this Court on November 9, 2021.  In order to permit her additional time to continue receiving treatment and services, and pursue employment, I write with the consent of the government to respectfully request an adjournment of the conference in this case currently for a period of approximately 60-days, to a date and time convenient for the Court sometime after April 22, 2022.

Respectfully,

 /s/ Megan W. Benett
Megan W. Benett
Attorney for James Jones
(212) 973-3406

cc:  all counsel by ECF

New York                    Boston                    Los Angeles