

**KREINDLER** LLP

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com

April 28, 2022

BY ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   04/29/22

The Violation of Supervised Release
hearing scheduled for April 29, 2022 is
hereby adjourned to June 2, 2022 at
3:00 pm.

Re: *United States v. James Jones*, 16 Cr. 121 (VSB)

Dear Judge Broderick:

I represent James Jones in connection with specifications charging a violation of the
terms of supervised release. Having conferred with my client and the government (which has, in
turn, consulted with the probation department), it is my understanding that Ms. Jones has
complied with the conditions of supervision since the last update to this Court on November 9,
2021. In order to permit her additional time to continue receiving treatment and services, and
pursue employment, I write with the consent of the government to respectfully request an
adjournment of the conference currently scheduled for April 29, 2022, for a period of
approximately 60-days, to a date and time convenient for the Court sometime between June 1
and 17, other than June 3, the afternoon of June 8, or June 9-10. The parties hope to be able to
resolve matters between them regarding the outstanding violation before the appearance.

Respectfully,

 /s/ Megan W. Benett
Megan W. Benett
Attorney for James Jones
(212) 973-3406

cc: all counsel by ECF

**New York**                    **Boston**                    **Los Angeles**