UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>James Jones,<br><br>                Supervisee | No. 0208 1:16-CR-121-001 (VSB)<br><br>ORDER |

Honorable Vernon S. Broderick, U.S. District Judge:

    For the reasons stated on the record during a violation of supervised release conference held on July 5, 2023, IT IS HEREBY ORDERED:

    James Jones shall remain detained pending the availability of space at the Residential Reentry Center ("RRC"), located at 2534 Creston Avenue, Bronx, NY, or a program location within the area of the New York City Metropolitan Area to be determined by the U.S. Probation Office.

    I hereby recommend to the United States Bureau of Prisons (the "BOP") that Defendant be housed in the Metropolitan Detention Center ("MDC") pending his transfer to the RRC.

    The parties shall appear on July 19, 2023, at 2:00 P.M. for a hearing to discuss the status of Defendant's placement in the RRC.

SO ORDERED.

Dated:    July 5, 2023
             New York, New York

                                                                Honorable Vernon S. Broderick
                                                                 U.S. District Judge