UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>James Jones,<br><br>                Supervisee | No. 0208 1:16-CR-121-001 (VSB)<br><br>ORDER |

Honorable Vernon S. Broderick, U.S. District Judge:

IT IS HEREBY ORDERED: For the reasons stated on the record during a violation of probation conference held on July 5, 2023, the Supervised Release Conditions are modified to include the following special condition:

*James Jones shall reside at the Residential Reentry Center (RRC), located at 2534 Creston Avenue, Bronx, NY, or a program location within the area of the New York City Metropolitan Area, for a period of up to* <u>*six (6) months.*</u>

*While at the Residential Reentry Center, the supervisee shall follow the facility's rules and regulations and the probation officer's instructions regarding the implementation of this court directive. The supervisee's contribution towards the cost of subsistence is waived.*

*Additionally, while at the RRC James Jones will be placed on home detention with location monitoring technology to be determined by the U.S. Probation Office.  You must abide by all technology requirements, and you must pay all or part of the costs of participation in the location monitoring program as directed by the Court and probation Officer.*

*You will be restricted to the RRC at all times except for mental health treatment, substance use treatment, medical appointments, employment, education, religious services, attorney visits, probation appointments, court appearances, court-ordered obligations, or other activities as preapproved by the U.S. Probation Officer and the Residential Reentry Center Manager. James Jones must submit a written pass for the upcoming weeks and provide verifiable proof of the appointments and/or employment.   All schedules must be submitted at least 3 business days in advance for review. Without verifiable proof, passes cannot be approved.*

SO ORDERED.

Dated:      July 5, 2023
                New York, New York

                                                                                     Honorable Vernon S. Broderick
                                                                                     U.S. District Judge