UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

James Jones,

            Supervisee

No. 0208 1:16-CR-121-001 (VSB)

ORDER

Honorable Vernon S. Broderick, U.S. District Judge:

IT IS HEREBY ORDERED THAT, on July 18, 2023, the United States Marshals Service shall produce James Jones, Register Number 60578-066-054, to the cell block on the fourth floor of the Daniel Patrick Moynihan United States Courthouse, to be released to the United States Probation Office.

SO ORDERED.

Dated:    July 17, 2023
           New York, New York

                                            Honorable Vernon S. Broderick
                                            U.S. District Judge