UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
:
-v-                                      :            16-cr-121 (VSB)
:
JAMES JONES,                             :            **ORDER**
:
                              Defendant. :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

It has been reported to the Court that Defendant will be admitted to the Bronx Residential Reentry Center on Tuesday July 18, 2023.  Accordingly, it is hereby:

ORDERED that the status conference scheduled for July 19, 2023 is adjourned.

SO ORDERED.

Dated:  July 17, 2023
        New York, New York

                                                  _____
                                                  Vernon S. Broderick
                                                  United States District Judge