

KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629
office: 212.687.8181 | fax: 212.972.9342 | www.kreindler.com

July 24, 2023

BY ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

A status conference on the violation of supervised release is scheduled for September 19, 2023 at 2:00 PM.

SO ORDERED:

*[signature]*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE
07/24/2023

Re: *United States v. James Jones*, 16 Cr. 121 (VSB)

Dear Judge Broderick:

I represent James Jones in connection with specifications charging a violation of the terms of my client's supervised release (VOSR). As this Court knows, Mr. Jones has been approved for admission to the Bronx Residential Reentry Center and his July 19, 2023 status conference has been adjourned.

I write with the consent of the government to respectfully request a status conference to address the VOSR issue to a date and time convenient for the Court sometime in early September, preferably the week of September 18, 2023.

Respectfully,

 /s/ Megan W. Benett
Megan W. Benett
Attorney for James Jones
(212) 973-3406

cc: all counsel by ECF

New York          Boston          Los Angeles